United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Alan Richard Segreaves, Sr.

Denise Elaine Segreaves

    Debtors

Case No. 18-01314-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: May 04, 2021 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan Richard Segreaves, Sr., Denise Elaine Segreaves, PO Box 132, Pocono Summit, PA 18346-0132 |
| 5042489 | + | Capital One Cabelas, 4800 NW 1St Street Ste 300, Lincoln, NE 68521-4463 |
| 5042492 | + | Coordinated Health, 505 Independence Rd., E. Stroudsburg, PA 18301-7916 |
| 5042494 | + | Ethan Segreaves, 127 Center Road, Phillipsburg, NJ 08865-3508 |
| 5042495 | | Jeffrey R. Wert, DMD, 2796 PA-611, Tannersville, PA 18372 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5049135 | | EDI: GMACFS.COM | May 04 2021 22:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5042486 | + | EDI: GMACFS.COM | May 04 2021 22:43:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 5042487 | | EDI: BANKAMER.COM | May 04 2021 22:43:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 5042488 | + | EDI: CAPITALONE.COM | May 04 2021 22:43:00 | Capital One Bank, PO Box 30281, Salt Lake City, Utah 84130-0281 |
| 5042490 | | EDI: JPMORGANCHASE | May 04 2021 22:43:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5196018 | | Email/Text: camanagement@mtb.com | May 04 2021 19:06:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 5196019 | | Email/Text: camanagement@mtb.com | May 04 2021 19:06:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 5062028 | + | EDI: MID8.COM | May 04 2021 22:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5042497 | + | EDI: NAVIENTFKASMSERV.COM | May 04 2021 22:43:00 | Navient, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5068382 | | EDI: NAVIENTFKASMSERV.COM | May 04 2021 22:43:00 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5052302 | | EDI: AGFINANCE.COM | May 04 2021 22:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5042498 | + | EDI: AGFINANCE.COM | May 04 2021 22:43:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |

| 5043087 | + EDI: PRA.COM | | |
|---|---|---|---|
| | | May 04 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5042499 | + EDI: RMSC.COM | | |
| | | May 04 2021 22:43:00 | SYNCB JCP, PO Box 965007, Orlando , FL 32896-5007 |
| 5042500 | + EDI: RMSC.COM | | |
| | | May 04 2021 22:43:00 | SYNCB Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5042501 | + EDI: RMSC.COM | | |
| | | May 04 2021 22:43:00 | SYNCB Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5042502 | + EDI: WFFC.COM | | |
| | | May 04 2021 22:43:00 | Wells Fargo Bank, PO Box 94435, Albuquerque, NM 87199-4435 |
| 5056964 | EDI: WFFC.COM | | |
| | | May 04 2021 22:43:00 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 5048217 | + EDI: WFFC.COM | | |
| | | May 04 2021 22:43:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 5060183 | EDI: WFFC.COM | | |
| | | May 04 2021 22:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5059844 | EDI: WFFC.COM | | |
| | | May 04 2021 22:43:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 5042503 | + EDI: WFFC.COM | | |
| | | May 04 2021 22:43:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 5042504 | + EDI: WFFC.COM | | |
| | | May 04 2021 22:43:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5042493 | *+ | Coordinated Health, 505 Independence Rd., E. Stroudsburg, PA 18301-7916 |
| 5042491 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5042496 | ##+ | Mid America Bank & Trust, 216 W. 2nd St., Dixon, MS 65459-8048 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | jzaharopoulos@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Philip W. Stock | on behalf of Debtor 2 Denise Elaine Segreaves pwstock@ptd.net |
| Philip W. Stock | on behalf of Debtor 1 Alan Richard Segreaves  Sr. pwstock@ptd.net |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

## Information to identify the case:

| | |
|---|---|
| **Debtor 1** | Alan Richard Segreaves Sr. |
| | First Name    Middle Name    Last Name |
| **Debtor 2** (Spouse, if filing) | Denise Elaine Segreaves |
| | First Name    Middle Name    Last Name |

Social Security number or ITIN   xxx–xx–4707
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–3006
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:18–bk–01314–HWV

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alan Richard Segreaves Sr.          Denise Elaine Segreaves

**By the court:**

5/4/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:18-bk-01314-HWV    Doc 36    Filed 05/06/21    Entered 05/07/21 00:35:58    Desc
Imaged Certificate of Notice    Page 6 of 6